**John Andrew NOONAN,**
**Plaintiff–Appellant,**

v.

**Scott D. SHELLENBERGER, State's Attorney for Baltimore County; Adam D. Lippe, Assistant State's Attorney for Baltimore County; Michael E. Field, County Attorney for Baltimore County Police Department; Shawn Vinson, Special Assistant County Attorney Baltimore County**

Police Department; Donna Coleman, Office of the Public Defender, Assistant Public Defender, Defendants–Appellees.

No. 13–1041.

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 29, 2013.

John Andrew Noonan, Appellant Pro Se.

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Andrew Noonan appeals the district court's order dismissing Noonan's 42 U.S.C. § 1983 (2006) civil rights action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Noonan's informal brief does not challenge the basis for the district court's disposition, Noonan has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*